**FILED**

APR 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

ENDORSED
FILED
ALAMEDA COUNTY

APR 1 0 2014

CLERK OF THE SUPERIOR COURT
By_____ Deputy

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 4, 2014

Alameda County Superior Court
Rene C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

RE:  CV 14-00630 JCS   JAMES K. CASON-v-CALIFORNIA CHECK CASHING

**Your Case Number: (RG13708602)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔)   Certified copies of docket entries
- (✔)   Certified copies of Remand Order
- ( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gina Agustine
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg